In the Matter of the Judicial Settlement of the Account of Proceedings of LAURA

B. VOGLER and Others, as Trustees under the Fifteenth Clause of the Last Will and Testament of SUSIE D. SMITH, Deceased, Respondents. NELLIE M. SMITH, Appellant.*— Decree of the Surrogate's Court of Queens county affirmed, with costs to respondents payable out of the estate. Rich, Young, Kapper and Seeger, JJ., concur; Lazansky, P. J., dissents.